CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED *Roanoke*

JAN - 3 2006

JOHN F. CORCORAN, CLERK
BY: *Signature*
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **DARRICK S. GENTRY,** | ) | **Civil Action No. 7:05-cv-00768** |
| **Petitioner,** | ) | **Criminal Action No. 7:03-cr-00053** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **By: Hon. Jackson L. Kiser** |
| **Respondent.** | ) | **Senior United States District Judge** |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that the above referenced motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 shall

be and hereby is **FILED** and **DISMISSED** pursuant to Rule 4(b) of the Rules Governing Section

2255 Proceedings. The motion shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying

memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER:** This 3ʳᵈ day of ~~December~~ January, 2005.

*Signature*
Senior United States District Judge